## Alice Venturelli, Appellant, v. City of Chicago, Appellee.

**Gen. No. 44,315.**

opinion filed March 1, 1949; released for publication April 26, 1949. Finn & Fitzpatrick and McKinley & Price, for appellant; Peter Fitzpatrick and Paul E. Price, of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Adam E. Patterson, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.